IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN MELUM,

    Petitioner,

v.                                        CASE NO. 1:09-cv-00119-MP-AK

WALTER McNEIL,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 3, Report and Recommendation of the Magistrate Judge, which recommends that this case be transferred to the United States District Court for the Middle District of Florida. The Magistrate filed the Report on May 22, 2009. Petitioner has filed no objection to the Report, and the time to do so has now passed. Upon consideration, the Court agrees with the Magistrate that this case should be transferred to the Middle District, which is the district of the challenged confinement and conviction. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge (Doc. 3) is ADOPTED and incorporated herein, and this case is TRANSFERRED in the interest of justice, pursuant to 28 U.S.C. § 1406(a), to the United States District Court for the Middle District of Florida for all further proceedings.

**DONE AND ORDERED** this *7th* day of July, 2009

                                *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge